RECEIVED

JUL 19 2023

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni, |
| | : | U.S.M.J. |
| v. | : | |
| | : | Magistrate No. 23-3051 |
| DECLAN GOLDEN | : | |
| | : | **CRIMINAL COMPLAINT** |

I, Shannon Treney, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

Continued on the attached pages and made a part hereof.

*/s/ Shannon Treney*
Special Agent Shannon Treney
Federal Bureau of Investigation

Special Agent Treney attested to this Complaint by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A), on July 19, 2023.

Honorable Tonianne J. Bongiovanni
United States Magistrate Judge

## ATTACHMENT A

### COUNT ONE

(Possession of Child Pornography)

In or around January 2023, in Monmouth County, in the District of New Jersey and elsewhere, the defendant,

### DECLAN GOLDEN,

did knowingly possess and access with intent to view material that contained at least three images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT TWO

### (Advertisement of Child Pornography)

Between on or about October 28, 2020, and on or about January 27, 2023, in Monmouth County, in the District of New Jersey, and elsewhere, the defendant,

**DECLAN GOLDEN**,

did knowingly make, print, or publish, and cause to be made, printed, or published any notice or advertisement seeking or offering to receive, exchange, buy, produce, display, distribute, or reproduce, any visual depiction, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

In violation of Title 18, United States Code, Section 2251(d)(1)(A).

## ATTACHMENT B

I, Shannon Treney, am a Special Agent with the Federal Bureau of Investigation. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with witnesses and other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and in part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

### Background

1. At all times relevant to this Complaint, defendant Declan Golden ("GOLDEN") was a resident of Middletown, New Jersey.

### The Investigation

2. Law enforcement has been investigating a Tor-based "hidden service website" (the "Website"). After accessing the Website through free registration, new users must agree to the following statement: "This is an oldest child pornography community. This website purpose is to serve the paedophile community around the globe….". Once these terms are agreed upon, users are able to access the site and are able to post comments and view videos and images posted by other members. Users gain status by actively participating, posting, sharing pornographic images of children, and commenting on other member's content. Users can navigate the site through the use of different sections, including, but not limited to: "Forum," "Competition," "Preteen Amateur (Girls 3-12)," and "Teen Amateur Girls (13-17)."

3. Between on or about October 28, 2020 and January 20, 2023, a user later identified as the defendant, Declan Golden ("GOLDEN") accessed the Website. During that time, GOLDEN created sixty-three (63) posts to conversation threads on the Website, which included:

> a. "I use spycam on my niece and watched her [engage in sexually explicit conduct]"
>
> b. "I spycam any teen girl i can in the shower and toilet."
>
> c. "Excellent spycam work. can't believe she's only 10 with those[graphic language referring to breasts]I does she have [graphic language referring to pubic hair]too? please show it!"
>
> d. "yes.i have filmed wherever girls get nude."

    e. "Very nice selection.i love to use spycams to peep on girls 11-15 peeing and showering."

    f. "you spy on your daughter as well? let's see!"

    g. "Not sure why it's not more popular but young teen voyeur is the best. Nothing sexier than watching then when they don't know they're being watched. Especially at the age when they're discovering their bodies. New [graphic language referring to pubic hair and breasts]. Voyeur is my passion."

    h. "I am a voyeur and make and trade spycam wins on hebes and teens! Anyone else here enjoy that? Vote me in and we can share. thanskl"

4. In addition, GOLDEN posted links on the Website to a third-party file sharing site of what appears to be nude juvenile females in a restroom or changing room of some sort. The images posted via link are summarized below:

    a. On or about October 28, 2020, GOLDEN shared a picture via link of what appears to be a 13–15-year-old nude female. There is a lack of obvious pubic hair, and she has youthful physical and facial features.

    b. On or about November 3, 2020, GOLDEN posted an image via link and stated, "here one is putting in a tampon!". The image posted was of a female, who appears to be between 13 and 15 years old, inserting a feminine hygiene product in her vagina, taken from the floor oriented up. The female lacks any pubic hair and has generally youthful appearance.

    c. On or about November 28, 2020, GOLDEN posted an image via link of the vagina of a female, who appears to be between 13 and 15 years old. The picture was taken from the floor oriented up. The female lacks any pubic hair and has generally slight build and youthful appearance.

    d. On or about December 8, 2020, GOLDEN posted a picture via link and stated, "This naughty girl took a piss in her changing cabin…". GOLDEN posted an image of a female, who appears to be between 12 and 14 years old, squatting and urinating.

5. During the course of the investigation, law enforcement obtained records and legal process identifying GOLDEN as the subscriber of the IP address that accessed the Website and posted the comments and pictures described above in Paragraphs 3 and 4. The records and legal process obtained by law enforcement also showed that GOLDEN's IP accessed the Tor network hundreds

of times between December 2022 and January 2023.

6. On or about January 26, 2023, law enforcement executed a search warrant for GOLDEN's residence in Middletown, New Jersey (the "Residence"). Law enforcement seized a Dell Inspiron laptop (the "Laptop") and a 1 terabyte external hard drive (the "Hard Drive").

7. On or about January 27, 2023, GOLDEN agreed to speak with law enforcement at the Residence. During the interview, GOLDEN relayed the following information in sum and substance:

   a. GOLDEN accessed the Website through the Tor network.

   b. GOLDEN acknowledged that he created and utilized the user account on the Website that posted the comments described above in paragraph 3 and posted the images via links described above in paragraph 4.

   c. GOLDEN began looking at child pornography in and around 2014. He prefers to view pornographic content of minors in their late teens, which he described as over the age of 13.

   d. GOLDEN has downloaded voyeurism content, in which the subject of the video is unaware they are being filmed, and other content involving individuals in their late teens.

   e. The content that GOLDEN has downloaded can be found on the Laptop. The External Drive is a backup for the Laptop and according to GOLDEN, will contain similar files to those he described above.

8. Law enforcement has begun a forensic examination of the Laptop. A preliminary review of the Laptop revealed numerous images and videos depicting child pornography. The video and image files included multiple visual depictions of prepubescent children engaged in sexual acts with adults and other children, including the following representative sample:

| File Name | Description |
|---|---|
| Loo9lllfh556.avi | This video is approximately 1 minute and 21 seconds long. This video appears to depict a Caucasian female on a bed with a multicolored blanket wearing an orange-colored shirt, green underwear, and light colored socks. The room appears to have red flower-patterned wallpaper. The female repeatedly using her hand to touch her genitals over her underwear. She then removes her shirt and appears pubescent, possibly between 9-11 years old. She then removes her underwear and uses her hand to spread apart her buttocks and expose her anus and genitals to the recording device. She then proceeds to touch her genitals with her hand. It does not appear she has pubic hair. Nearing the end of the video, she appears to insert one finger into her vagina. On the top left corner of the video, there appears to be a black diamond symbol. |
| 65f40b72-dfaf-40e7-ab2f-bc0b19fd1336.mp4 | This video is approximately 1 minute and 50 seconds long. This video appears to depict two Caucasian females who are both nude. Minor 1 is described as closest to the recording device and has long brown or blonde hair. Minor 1 appears pre-pubescent. Minor 2 has her hair in a ponytail and appears to have some breast development. They appear to be in a bathroom with a blanket or sheet underneath them. Minor 1 manipulates the recording device location/angle and then appears to touch and insert her finger into the vagina of female 2. Female 1 is kneeling at this time and female 2 is laying on her back and has both elbows resting on the ground while facing the recording device. Her legs are spread, exposing her genitals to the camera. Female 1 then moves her head towards female 2's genitals and is rocking back and forth |
| Fireinthebathroom.mp4 | This video is approximately 2 minutes and 52 seconds. This video appears to depict two females in a bathroom with purple tile on the wall in addition to white painted walls above the tile and a toilet against the tile. Minor 1 appears to be Caucasian, has light colored hair with a ponytail, is wearing a grey t-shirt and is not wearing pants exposing her genitals and does not exhibit pubic hair. Minor 2 appears Caucasian, has light colored hair with a |

| File Name | Description |
|---|---|
| | ponytail, and is wearing a black and white striped shirt and dark colored underwear. Minor 2 repeatedly uses her hand to touch female 1's genitals and then inserts one or more finger into Minor 1's vagina. Minor 2 then performs oral sex on Minor 1. The minors in this video appear to be between 11-13 years old.<br><br>The audio in the video appears to be one or both females making a moaning type of noise. There appears to be a crying child in the background. There may be words spoken in a foreign language. |

9. Based upon my education, training and experience, and my discussions with other law enforcement officers, and to the best of my knowledge, the child pornography files described in Paragraphs 4 and 9 above, traveled in interstate commerce and were produced using materials that were mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the images were downloaded from and transmitted via the Internet.