# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bonjiovanni |
| v. | : | Mag. No. 23-3051 |
| DECLAN GOLDEN | : | **ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

This matter having come before the Court on the application of the defendant Declan Golden (Robert A. Honecker, Jr., Esq., appearing), with notice to Christopher Fell, Assistant U.S. Attorney, and with notice to Todd Jones, Supervisory U.S. Pretrial Services Officer, for an order granting a modification of the conditions of pretrial release; it is hereby

**ORDERED** that the conditions of pretrial release are hereby modified to permit the Defendant to attend a dinner on September 21, 2023 from approximately 7:00 p.m. to 10:30 p.m. at The Butcher's Block located at 235 West Avenue, Long Branch, New Jersey; and

**IT IS FURTHER ORDERED** that the third-party custodian, Meghan Golden, shall be present with the Defendant for the entirety of the dinner.

097620.000000 8583766v1

                          s/ Tonianne J. Bongiovanni
                          HON. TONIANNE J. BONGIOVANNI
                          United States Magistrate Judge

Dated: September __21__, 2023

097620.000000 8583766v1