**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bonjiovanni |
| v. | : | Mag. No. 23-3051 |
| DECLAN GOLDEN | : | |

**MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS DUE TO CHANGE IN CIRCUMSTANCES**

COMES NOW, the Defendant, Declan Golden, and files his Motion to Modify Pretrial Release Conditions, from home incarceration to home detention and for out of state travel, due to change in circumstances, and states the following grounds:

**FACTUAL GROUNDS**

1. On July 20, 2023, the Court placed Mr. Golden on pretrial release supervision. Mr. Golden was released on a $100,00.00 unsecured appearance bond with various conditions imposed to include home detention with electronic monitoring.

2. On January 16, 2024, the Court held a bail review hearing at the request of pretrial services to address four instances of noncompliance occurring in November of 2023 through January of 2024.

3. At the hearing, the Court modified Mr. Golden's pretrial release status from home detention to home incarceration, required him to submit to polygraph testing and required the Mr. Golden's parents to be included as approved Third-Party custodians.

4. Since the bail review hearing, Mr. Golden has remained compliant with his home incarceration and all other pre-trial release conditions. He has attended all required visits to pretrial services and passed all drug tests. He has reported weekly via phone as required. He has also traveled out of the jurisdiction, with the Court's permission, without incident. Additionally, Mr. Golden has continued to maintain a successful career, recently earning a raise and bonus.

5. Because of the change in circumstances detailed below, Mr. Golden respectfully requests this Court to modify his pretrial release status from home incarceration to home detention and requests travel to New York for the purposes of attending the wedding of his close friend and godfather to his son as follows: (1) Mr. Golden be permitted to spend two nights at The Residence Inn, located at 5 Barker Avenue, White Plains, New York 10601, from approximately 3:00 p.m. on April 19, 2024, through 11:00 a.m. on April 21, 2024 for the purposes of attending the wedding welcome dinner, ceremony and reception, with Megan Golden serving as the third-party custodian and remaining present with the Mr. Golden for the entirety of the stay, and with no children being present.

6. Since the time of the July 2023 hearing, Mr. Golden has obtained evaluations from Rabbi Harry Levin, LPC/LMHC as well as Dr. Howard D. Silverman. Dr. Howard D.

Silverman concluded, based upon completed risk assessment scales, that there is clear reason to believe that Mr. Golden is a low-risk offender. Please note, the evaluations will not be e-filed but will be provided to the Court separately, as they contain sensitive information.

7. Furthermore, beginning in May of 2024, the work responsibilities of Mr. Golden's wife, Megan Golden, will significantly increase, and thus shift much of the household and childcare responsibilities to Mr. Golden.

8. Specifically, Megan Golden operates her family business, Keansburg Amusement Park, during the spring and summer months. Megan Golden's increased involvement in the business during this time will require Mr. Golden to be responsible for the bulk of childcare and household duties such as transportation to and from schools and activities as well as weekly household errands such as food shopping. Many of these duties cannot be completed while on home incarceration.

## **MEMORANDUM OF LAW**

Under 18 U.S.C. § 3142(c)(3), the Court "may at any time amend the order to impose additional or different conditions of release." The party requesting modification must establish that new information exists that was not known to him or her at the time of the initial detention hearing, and that this new information is material to his or her release conditions regarding flight or dangerousness.

Mr. Golden submits there have been several changes in circumstances, and new information, that was not known at the time of the initial hearing that, cumulatively, call for

reconsideration and modification of his pretrial release conditions. Firstly, although Mr. Golden has a prior arrest for which he was under supervision of the New Jersey pretrial intervention program, those charges have since been dismissed based upon his successful completion of that program. Secondly, the counseling and evaluations conducted by Dr. Silverman and Rabbi Levin both reflect that Mr. Golden is an individual who is not a flight risk, would not obstruct the criminal justice process, and has a low risk of recidivism. In light of the same, it is submitted that there are less restrictive means that could ensure the safety of the community. Mr. Golden only seeks to continue to support his family, who remain fully supportive of his recovery and pursuit to provide and remain a positive influence in his children's lives. The above detailed change of circumstances stemming from his wife's professional obligations, constitute a change of circumstances sufficient to grant this request for modification.

## **REQUESTED RELIEF**

WHEREFORE, Mr. Golden respectfully moves this District Court to modify his pretrial release status from home incarceration to home detention and to permit him to spend two nights at The Residence Inn, located at 5 Barker Avenue, White Plains, New York 10601, from approximately 3:00 p.m. on April 19, 2024, through 11:00 a.m. on April 21, 2024 for the purposes of attending the wedding welcome dinner, ceremony and reception, with Megan Golden serving as the third-party custodian and remaining present with the Mr. Golden for the entirety of the stay, and with no children being present.

Respectfully Submitted,

/s/ Robert A. Honecker Jr., Esq.
Ansell Grimm & Aaron
1500 Lawrence Avenue

097620.000000 8929510v1

      Ocean, New Jersey 07712
      Email: rhonecker@ansell.law

## **CERTIFICATE OF SERVICE**

      This certifies that I electronically filed the foregoing motion to modify conditions of pretrial release with the Clerk of the Court using the CM/ECF system.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bonjiovanni |
| v. | : | Mag. No. 23-3051 |
| DECLAN GOLDEN | : | **ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

This matter having come before the Court on the application of the defendant Declan Golden (Robert A. Honecker, Jr., Esq., appearing), with notice to Christopher Fell, Assistant U.S. Attorney, and with notice to Todd Jones, Supervisory U.S. Pretrial Services Officer, for an order granting a modification of the conditions of pretrial release; it is hereby

**ORDERED** that the conditions of pretrial release are modified as follows:

1. The Defendant's home monitoring status is modified from home incarceration to home detention; and

2. The Defendant is permitted to spend two nights at The Residence Inn, located at 5 Barker Avenue, White Plains, New York 10601, from approximately 3:00 p.m. on April 19, 2024, through 11:00 a.m. on April 21, 2024 for the purposes of attending a wedding welcome dinner, wedding ceremony and reception. The Defendant shall advise pretrial services of the date, time and location of all events associated with the wedding and obtain the approval of pretrial services prior to attending. Megan Golden shall serve as the third-party custodian and shall be present with the Defendant for the entirety of the stay; and no children shall be present.

_____
HON. TONIANNE J. BONGIOVANNI United States Magistrate Judge

Dated: April____, 2024

097620.000000 8929510v1

Case 1:25-cr-00349-CPO     Document 27     Filed 04/15/24     Page 7 of 7 PageID: 61