# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **September 25, 2024**
**MAGISTRATE JUDGE: BONGIOVANNI**  **DATE OF PROCEEDINGS**
**Digitally Recorded: John Moller**

**TITLE OF CASE**:  23-MJ-3051 (TJB)

UNITED STATES OF AMERICA
   V.
DECLAN GOLDEN
    DEFENDANT PRESENT

**APPEARANCES:**

Ingrid Eicher, AUSA for Government
Robert Honecker, Jr., Esq., for Defendant
Todd Jones, Pretrial Services Officer

**NATURE OF PROCEEDING:**  Bail Review Hearing

Bail review hearing held.
Hearing on Petition (Docket Entry No. 33) for action on condition of Pretrial Release.
Bail continued.
Order Modifying Conditions of Release to be entered.

TIME COMMENCED:   10:53 a.m.
TIME ADJOURNED:   11:01 a.m.   s/ John Moller
TOTAL TIME:   8   MINUTES   Deputy Clerk