# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bonjiovanni |
| v. | : | Mag. No. 23-3051 |
| DECLAN GOLDEN | : | **ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

This matter having come before the Court on the application of the defendant Declan Golden (Robert A. Honecker, Jr., Esq., appearing), with notice to Christopher Fell Assistant U.S. Attorney, and with notice to Todd Jones, Supervisory U.S. Pretrial Services Officer, for an order granting a modification of the conditions of pretrial release; it is hereby

**ORDERED** that the conditions of pretrial release are modified as follows:

1. The Defendant's conditions of release are modified from home detention with location monitoring to location monitoring with a curfew, the hours of which will be set by pretrial services.
2. All leave requests or curfew extensions, with the exception of out-of-state leave requests, may be granted at the discretion of pretrial services and without leave of court.
3. All other conditions of pretrial release remain in effect.

HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

Dated: February 6th, 2025

097620.000000 9435512v1