# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 25-349 (CPO) |
| v. | : |
| DECLAN GOLDEN | : **DETENTION ORDER** |

**THIS MATTER** having come before the Court on the Government's Motion to Revoke Defendant's Pretrial Release (ECF No. 53) (Joseph McFarlane, AUSA appearing) and Defendant Declan Golden (Robert Honecker, Jr., Esquire appearing) having opposed the motion; and the Court having heard and considered the arguments of the parties at a bail review hearing on June 30, 2025; and for the reasons set forth on the record on June 30, 2025; and for good cause shown,

**IT IS**, on this 6th day of August 2025,

**ORDERED** that the motion of the United States for an order detaining the Defendant without bail pending trial is hereby GRANTED, the previous order granting the Defendant bail is REVOKED, and the Defendant is hereby ORDERED DETAINED; and it is further

**ORDERED**, pursuant to Title 18, United States Code, Section 3142, that the Defendant be committed to the custody of the Attorney General or her authorized representative pending trial in the above-entitled matter; and it is further

**ORDERED**, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

**ORDERED,** pursuant to Title 18, United States Code, Section 3142(i), that the Defendant

be afforded reasonable opportunity for private consultations with counsel; and it is further

**ORDERED**, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the Defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

*[signature: Christine P. O'Hearn]*

HON. CHRISTINE P. O'HEARN
United States District Judge