

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*　　　　　　　　　　　　　*973-645-2700*
*Newark, New Jersey 07102*

September 17, 2025

Honorable Christine P. O'Hearn
United States District Judge
District of New Jersey
4th & Cooper Streets Room 1050
Camden, NJ 08101

　　　　Re:　United States v. Declan Golden,
　　　　　　　Crim No. 1:25-00349

Dear Judge O'Hearn,

　　　As Your Honor is aware, on May 27, 2025, defendant Declan Golden pled guilty to an Information charging him with promoting child pornography in violation of Title 18, United States Code, Section 2252(a)(3)(B)(ii). ECF Nos. 48, 50. This charge carries a mandatory minimum sentence of 5 years' incarceration. Sentencing is currently scheduled for October 16, 2025. The Government respectfully requests an adjournment of sentencing to identify the victims of this offense.

　　　Both the Mandatory Victim Restitution Act of 1996 and the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018 apply to this offense. Draft PSR ¶ 36. As such, victims have a right to restitution and to submit victim impact statements to the Court.

　　　In order to ascertain the victims of this offense, the Government requires a report from the National Center for Missing and Exploited Children (NCMEC). NCMEC generates a report based on information from the investigating federal agency—in this case, the Federal Bureau of Investigation. The FBI is still going through the images seized in this case and has not yet provided information to NCMEC. As such, the Government does not yet have a report from NCMEC to identify the victims.

　　　The Government respectfully requests a three-month adjournment of sentencing. Defense counsel has consented to a one-month adjournment, but it does not appear that will provide the FBI and NCMEC with enough time.

Thank you for your consideration.

                        Respectfully submitted,

                        TODD BLANCHE
                        Deputy U.S. Attorney General

                        ALINA HABBA
                        Acting United States Attorney

                        */s/ Christopher Fell*
By:    Christopher Fell
       Assistant U.S. Attorney