

*U.S. Department of Justice*

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*  *973-645-2700*
*Newark, New Jersey 07102*

November 4, 2025

Honorable Christine P. O'Hearn
United States District Judge
District of New Jersey
4th & Cooper Streets Room 1050
Camden, NJ 08101

      Re:    United States v. Declan Golden,
                Crim No. 1:25-00349

Dear Judge O'Hearn,

    This letter confirms that the Government notified all identified victims in this matter on or before October 31, 2025.

                              Respectfully submitted,

                              TODD BLANCHE
                              Deputy U.S. Attorney General

                              ALINA HABBA
                              Acting United States Attorney


                              */s/ Christopher Fell*
            By:    Christopher Fell
                    Assistant U.S. Attorney